IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID L. GREEN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  08-140 |
| | : | |
| DR. DONALD C. WINTER, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 24th day of September, 2009, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 25), and Plaintiff's Response thereto, it is hereby **ORDERED** that said Motion is **GRANTED**.  JUDGMENT is entered in favor of Defendant Dr. Donald C. Winter and against Plaintiff David L. Green.

It is further **ORDERED** that Plaintiff's Motion for Summary Judgment (Docket No. 26) is **DENIED** and Defendant's Cross Motion (Docket No. 28) is **DISMISSED**.

This case is **CLOSED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.